IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                                  Case No.: 5:13-cr-35/RH/GRJ

DAVID MICHAEL BISHOP SR.
    Reg. No. 22430-017

_____/

## REPORT AND RECOMMENDATION

Pending before the Court is Defendant's Motion for Permission to Appeal *In Forma Pauperis* and Affidavit.  ECF No. 38.  The motion has been referred to the undersigned.  The motion is deficient in that Defendant failed to complete the Affidavit and failed to submit a copy of his six-month inmate account statement.  The undersigned does not recommend that Defendant be required to correct these deficiencies because, for the following reasons, it is clear that the motion is due to be denied because the appeal is not taken in good faith.

To briefly summarize, Defendant pleaded guilty pursuant to a written plea agreement to receipt and possession of child pornography.  On January 8, 2014, the Court sentenced him at the low end of the applicable guidelines range to consecutive terms of 108 months imprisonment on

each count.  Judgment was entered on January 17, 2014.  ECF Nos. 24, 25.  Defendant did not appeal.  On July 16, 2015, Defendant filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  ECF No. 27.  The Court recommended that the motion be dismissed as time-barred.  ECF No. 28.  Defendant thereafter voluntarily dismissed the motion to vacate.  ECF Nos. 29, 30.

Defendant then filed a motion to "reverse" his conviction, contending that his conviction was "void" due to errors in his plea colloquy.  ECF No. 31.  The Court denied the motion, noting that Defendant's claim should have been raised in a timely § 2255 motion.  ECF No. 32.  Defendant filed a notice of appeal, ECF No. 33, and now seeks leave to appeal *in forma pauperis*.  ECF No. 38.

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."  *See also* Fed. R. App. P. 24(a)(3)(A), (B).  Plaintiff's appeal is not taken in good faith, inasmuch as Plaintiff has not identified any nonfrivolous issue for appeal. *See* ECF No. 38; Fed. R. App. P. 24(a)(1) (party seeking leave to appeal *in forma pauperis* must file an affidavit claiming entitlement to redress and stating issues the party intends to

present on appeal). Plaintiff has failed to identify any arguable basis for appealing the Court's determination that the claim raised in his post judgment motion would only be cognizable in a timely § 2255 motion. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001) (IFP action is frivolous, and thus not brought in good faith, if it is "without arguable merit either in law or fact.").

It is therefore respectfully **RECOMMENDED**:

The motion for leave to appeal *in forma pauperis*, (ECF No. 38) should be **DENIED** because the appeal is not taken in good faith.

**IN CHAMBERS** at Gainesville, Florida, this 4th day of December 2015.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**