IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                       CASE NO.  5:13cr35-RH/GRJ

DAVID MICHAEL BISHOP SR.,

      Defendant.

_____/

## ORDER DENYING MOTION FOR LEAVE
## TO APPEAL IN FORMA PAUPERIS

This case is before the court on the report and recommendation, ECF No. 39, and the objections, ECF No. 40.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The motion for leave to appeal in forma pauperis, ECF No. 38, is DENIED because the appeal is not taken in good faith.

      SO ORDERED on January 15, 2016.

                                               s/Robert L. Hinkle
                                               United States District Judge